■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY HAMLET, Appellant. [672 NYS2d 767] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 9, 1996 (*People v Hamlet,* 234 AD2d 387), affirming two judgments of the Supreme Court, Queens County, both rendered November 16, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Miller, J. P., Altman, Krausman and Goldstein, JJ., concur.